22 cr 182 JNE/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 21 U.S.C. § 841(a)(1) |
| JOHN LEE JONES, | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 851 |
| Defendant. | 21 U.S.C. § 853 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent To Distribute Fentanyl)

On or about June 28, 2022, in the State and District of Minnesota, the defendant,

**JOHN LEE JONES,**

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, which is also known by the chemical name N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### INFORMATION TO ESTABLISH PRIOR CONVICTION

Before committing the offense charged in Count 1 of this Indictment, the defendant John Lee JONES was convicted in 2006 in the District of Minnesota of Possession with Intent To Distribute Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), a serious drug felony, which had become

SCANNED
AUG 10 2022
U.S. DISTRICT COURT MPLS

final, and for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. As a result of that conviction, defendant JONES is subject to increased punishment under Title 21, United States Code, Section 851.

## COUNT 2
(Felon in Possession of Firearms)

On or about June 28, 2022, in the State and District of Minnesota, the defendant,

**JOHN LEE JONES,**

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Date of Conviction (on or about) | Place of Conviction |
| --- | --- | --- |
| Possession with Intent To Distribute Cocaine Base | 1/27/2006 | District of Minnesota |
| Use of a Firearm During a Drug Trafficking Offense | 1/27/2006 | District of Minnesota |
| Felon in Possession of a Firearm | 1/27/2006 | District of Minnesota |
| Felon in Possession of a Firearm | 2/9/2012 | Hennepin County, MN |
| Fourth Degree Assault | 3/21/2012 | Anoka County, MN |
| Terroristic Threats | 9/8/2015 | Hennepin County, MN |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, firearms, to wit, a 9mm Glock semi-automatic

pistol, model 26, with serial number AFSC534, and a 9mm Glock semi-automatic pistol, model 19, with serial number BKBL949, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1-2 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

As a result of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violation. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

As a result of the offenses alleged in Counts 1-2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition, involved in or used in the commission of the offenses alleged, including, but not limited to, a 9mm Glock semi-automatic pistol, model 26,

United States v. John Lee Jones

with serial number AFSC534, and a 9mm Glock semi-automatic pistol, model 19, with serial number BKBL949.

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY              FOREPERSON