UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-182 (JNE/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOHN LEE JONES,<br><br>        Defendant. | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT MOTIONS HEARING** |

The government intends to call the following witness to testify at the October 5, 2022, motions hearing in the above-captioned matter:

1. <u>Hennepin County Sheriff Office Sergeant Nicholas Peterson</u>, regarding the traffic stop of a vehicle in which Defendant John Lee Jones was a passenger on June 28, 2022, and the circumstances surrounding Defendant's statements.

The government expects the anticipated testimony of the witness will take approximately 40 minutes on direct examination.

Dated: September 28, 2022        Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/*Samantha H. Bates*
BY: SAMANTHA H. BATES
Assistant U.S. Attorney